# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL GLAT MD, P.C.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **NATIONWIDE MUTUAL INSURANCE** | : | |
| **COMPANY and HARLEYSVILLE** | : | |
| **PREFERRED INSURANCE COMPANY** | : | **NO. 20-5271** |

## ORDER

**NOW,** this 30th day of March, 2021, upon consideration of the Defendants Nationwide Mutual Insurance Company and Harleysville Preferred Insurance Company's Motion to Dismiss Amended Complaint (Document No. 9), the plaintiff's response (Document No. 11) and the defendants' reply (Document No. 15), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE.**

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.